IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    *Plaintiff*,

v.                                                                           Civ. No. 14-1071  SMV/KK

$13,724.18 IN FUNDS FROM WELLS FARGO
CHECKING ACCT. -7313,

$1,657.13 IN UNITED STATES CURRENCY,
$1,648.13 IN UNITED STATES CURRENCY
$4,285.80 IN UNITED STATES CURRENCY,

ASSORTED DRUG PARAPHERNALIA,

    *Defendants*,

and

GAS PIPE NORTH,
HYDRO HEAVEN, INC. FORMERLY GAS PIPE OF NEW MEXICO, INC.,
GERALD SHULTS,

    *Claimants.*

### ORDER FOR STAY OF CIVIL FORFEITURE CASE

This matter is before the Court on the joint motion for stay of this civil forfeiture case, Doc. 12.  The Court, being fully advised in the premises, finds that good cause appears for the requested stay pursuant to 18 U.S.C. §§ 981(g)(1) and (2) in that it is probable that proceeding with civil discovery in this case will adversely affect the ability of the Government to conduct the related criminal prosecution in Crim.No. TXND 3:14CR298 BML, and the continuation of the forfeiture proceedings at this time will burden the right of the claimant's representative against self-incrimination in the related criminal case.

IT IS THEREFORE ORDERED that this civil forfeiture action, 14CV1071 SMV/KK, is stayed.  This stay order is subject to periodic review every 90 days.

                                                _____
                                                STEPHAN M. VIDMAR
                                                UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:

*Electronically submitted 9/16/2015*
STEPHEN R. KOTZ
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, NM 87103
(505) 346-7274

APPROVED BY:

*Approved via telephone 9/14/2015*
JOHN W. BOYD, ESQ.,
Attorney for Claimant Hydro Heaven Inc.
f/k/a Gas pipe of NM, Inc.
20 First Plaza, Suite 700
Albuquerque, NM 87102
(505) 842-9960