## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

    Plaintiff,

v.                                No. 14-cv-1071 SMV/KK

$13,724.18 IN FUNDS FROM WELLS FARGO CHECKING ACCT. -7313,
$1,657.13 IN U.S. CURRENCY, $1,648.13 IN U.S. CURRENCY,
$4,285.80 IN UNITED STATES CURRENCY, and
ASSORTED DRUG PARAPHERNALIA,

    Defendants,

and

GAS PIPE NORTH; HYDRO HEAVEN, INC.; and
GERALD SHULTS,

    Claimants.

## ORDER FOR STATUS REPORT

THIS MATTER is before the Court sua sponte. On joint motion by Plaintiff and Claimants, [Doc. 12], the Court stayed discovery in this civil forfeiture case because of the related criminal matter (case number TXND 3:14CR298 BML). [Doc. 13]. More than one year has passed since the stay was imposed, and nothing new has been filed on the record.

Accordingly, Plaintiff must consult with Claimants and file a report explaining when it anticipates that the stay should be lifted, including the status of the related criminal matter. Plaintiff must file the status report no later than **October 11, 2016.**

    **IT IS SO ORDERED.**

                                                  **STEPHAN M. VIDMAR**
                                                  **United States Magistrate Judge**
                                                  **Presiding by Consent**